IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

|  |  |  |
|---|---|---|
| SOUTHEASTERN TEXTILE MACHINERY, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:05CV00066<br><br>**ORDER**<br><br>By:  Jackson L. Kiser<br>       Senior United States District Judge |
| Plaintiff, |  |  |
| v. |  |  |
| H. WARSHOW & SONS, INC., |  |  |
| Defendants. |  |  |

Before me now is Defendant H. Warhsow & Sons, Inc.'s ("Defendant") Motion to Transfer Venue to the Eastern District of Virginia, Richmond Division. For the reasons set forth in the accompanying Memorandum Opinion, Defendant's Motion is **GRANTED.**

The Clerk is directed to transfer this case to the Eastern District of Virginia, Richmond Division. The Clerk is further directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 27th day of January, 2006.

s/Jackson L.Kiser
Senior United States District Judge